UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

FILED
U.S. DISTRICT COURT

2000 DEC 21

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 20, 2000

MEMORANDUM TO COUNSEL
     RE: <u>3Di v. Bennett et al.</u> and <u>Bennett v. 3Di</u>, Civ. Nos.
         L-00-3032 and L-00-3438

     On Tuesday, December 19, 2000, I held a telephone conference in which attorneys C. Joël Van Over, Scott J. Levitt, and Daniel Shea participated. I was informed by counsel that attorney Douglas Taylor, in Rockville, MD, will be representing Brooks E. Kelley, a defendant in this case. A copy of this order will be forwarded to Mr. Taylor.

     I was informed by counsel that informal settlement negotiations are ongoing and that the cases are close to settlement. By January 16, 20001, a status report shall be due in which the parties must inform me whether their informal settlement negotiations have been successful. If the parties fail to reach a settlement by then, I will refer these cases to a United States Magistrate Judge for formal settlement negotiations. I will also order limited discovery to aid those negotiations. The Magistrate Judge will establish a full discovery schedule if necessary.

     Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

                              Very truly yours,

                              Benson Everett Legg

c:   Court File