UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

2001 JAN 19  P 3: 39

JAMES A. BENNETT, et al.      )
                              )
        Plaintiff,            )
                              )
    v.                        )    Case No.: L00CV3438
                              )
3Di, LLC, et al.              )
                              )
        Defendants.           )

### ORDER

UPON consideration of the Motion of Plaintiff to consolidate into these proceedings the action styled <u>3Di, LLC v. Bennett, et al.</u> Case No. L00CV-3032, and good cause appearing therefore, it is this 13th day of January, 2001

ORDERED, that the Motion be and the same hereby is GRANTED.

Consolidate for all purposes
L-00-CV-3438 and
L-00-CV-3032

_____
The Honorable Benson E. Legg
United States District Court Judge

4